IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES BURKS**                                                                              **PLAINTIFF**

**VS.**                             **NO. 5:06CV00308**

**JEFFERSON COUNTY SHERIFF'S OFFICE AND
OFFICER DAVID WHEELER, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR
THE JEFFERSON COUNTY SHERIFF'S OFFICE**             **DEFENDANTS**

## ORDER

Pending is the motion to dismiss of separate defendant, Jefferson County Sheriff's Office. (Docket # 5). The Court has been advised that Plaintiff has no objection to the dismissal of this defendant. Accordingly, the motion is GRANTED. Separate Defendant, Jefferson County Sheriff's Office, is hereby dismissed.

IT IS SO ORDERED this 11th day of January, 2007.

_____
James M. Moody
United States District Judge