IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES BURKS**                                                                          **PLAINTIFF**

**VS.**                                   **NO. 5:06CV00308**

**JEFFERSON COUNTY SHERIFF'S OFFICE AND
OFFICER DAVID WHEELER, INDIVIDUALLY, AND IN HIS
OFFICIAL CAPACITY AS POLICE OFFICER FOR THE
JEFFERSON COUNTY SHERIFF'S OFFICE**                          **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to dismiss. (Docket # 14). For good cause shown, the motion is GRANTED. The case is removed from the trial docket the week of September 24, 2007. Plaintiff's complaint is hereby dismissed without prejudice.

IT IS SO ORDERED this 30th day of July, 2007.

_____
James M. Moody
United States District Judge